FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 OCT -3 PM 1:04
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARK CONWAY,

    Plaintiff,

v.

    CASE NO. CV414-157

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

## ORDER

Before the Court is Plaintiff Mark Conway's Notice of Voluntary Dismissal. (Doc. 6.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2nd day of October 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA